FILED
IN CLERK'S OFFICE

2025 APR 28  PM 1: 57

DISTRICT OF MASS.

# United States District Court Complaint

**Mark Coburn**
**10 Old Spofford Road**
**Winchester, NH 03470**
**[Your Email Address]**
**[Your Phone Number]**

**[Date]**

**United States District Court**
 **District of Massachusetts**
 **1 Courthouse Way**
 **Boston, MA 02210**

## Case No. [To Be Assigned]

## COMPLAINT

**Plaintiff:**
 Mark Coburn
 10 Old Spofford Road
 Winchester, NH 03470

**Defendant:**
 The United States Attorney General
 **U.S. Department of Justice**
 **950 Pennsylvania Avenue NW**
 **Washington, D.C. 20530-0001**

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the Constitution and laws of the United States.
2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this complaint occurred within this district.

## PARTIES

1. **Plaintiff**: Mark Coburn, a resident of Winchester, NH, asserting rights as a descendant of the tribe of Manasseh.
2. **Defendant**: The United States Attorney General, responsible for the enforcement of federal laws and policies affecting religious and cultural rights.

## FACTUAL BACKGROUND

1. The tribe of Manasseh is one of the Lost Ten Tribes of Israel, with historical and spiritual claims to ancestral lands.
2. The First Amendment of the U.S. Constitution guarantees the right to free exercise of religion and prohibits the government from establishing a religion.
3. Current policies and actions of the U.S. government have failed to acknowledge the historical and spiritual rights of individuals claiming descent from the House of Israel, particularly the tribe of Manasseh.
4. Docket number 1:24-cv-11244-AK contains an affidavit stating that Plaintiff is Jesus Christ reincarnated and a prophet, which further emphasizes the spiritual significance of his claims.
5. The land of the United States is biblically recognized as part of the inheritance of the tribe of Manasseh, aligning with historical interpretations of scripture.
6. The Toleration Act of 1679 established a precedent for religious tolerance, yet the interim governance structures in place do not adequately recognize the pre-constitutional claims of the tribe of Manasseh as articulated in biblical texts.
7. The **Institutionalized Persons Act** aims to protect the rights of individuals in institutional settings, ensuring their ability to practice their religion freely.
8. The **Exercise Act** further emphasizes the necessity of accommodating religious practices and beliefs, mandating that governmental entities respect and uphold such rights.
9. When the United States was formed, the lands occupied by Native Americans were considered sacred, and the religious practices of Indigenous peoples were tied to these lands.
10. The land allotted to American Indians is recognized as sacred; however, governance over these lands by U.S. law enforcement has not been permitted. This has led to a lack of jurisdictional authority on these sacred lands.
11. Consequently, the rights of the Ten Tribes of the House of Israel are not biblically recognized as they should be, given that Israel is the brother to the House of Judah. Recognition of these rights comes through a framework of dual governance that honors both the heritage of the House of Judah and the claims of the tribe of Manasseh.
12. Expected testimonials from representatives of the House of Judah, including Benjamin Netanyahu, will affirm the historical collaboration between the tribes of Israel in governance. These testimonials will support the assertion that U.S. policies should align with biblical tenets regarding the roles of Manasseh and Judah, further solidifying the claims of the tribe of Manasseh to rightful recognition and governance.
13. It is proposed that the taxes of each American and Israeli be allocated to support the establishment and maintenance of a temple dedicated to Jesus Christ. This initiative would foster mutual understanding and respect among the three major monotheistic religions—Judaism, Christianity, and Islam—centered around the recognition of the one true God.
14. A new governmental structure should include a Spiritual Leader role above the executive branch, consisting of one former president from Israel, one former president from the

United States of Manasseh, and a designated Spiritual Leader. This position would facilitate spiritual guidance and promote cooperation among the three major monotheistic faiths, ensuring that their values and teachings are integrated into public policy.

## CAUSE OF ACTION

### Count I: Violation of Constitutional Rights

1. Plaintiff incorporates all preceding paragraphs as if fully set forth herein.
2. The Defendant's actions and omissions constitute a violation of Plaintiff's constitutional rights under the First Amendment, including the right to free exercise of religion and the right to cultural identity.
3. The failure to recognize the historical claims of the tribe of Manasseh and to provide necessary religious accommodations constitutes a denial of equal protection and due process under the law.
4. The **Institutionalized Persons Act** reinforces the need for the government to respect the religious rights of individuals, further supporting Plaintiff's claims.
5. The **Exercise Act** mandates that the government accommodate religious practices, which has not been appropriately upheld in this case.
6. The Constitution cannot stand in clearly established violation of itself upon its inception, as such violations undermine the foundational principles intended to protect individual rights.
7. As a direct result of these violations, Plaintiff has suffered harm, including emotional distress and a sense of cultural disenfranchisement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Declare that the actions of the Defendant violate the First Amendment rights of individuals claiming descent from the tribe of Manasseh.
2. Order the Defendant to cease any policies that infringe upon the religious and cultural rights of the House of Israel.
3. Recognize and facilitate a dual governance structure that acknowledges the historical claims of the tribe of Manasseh alongside the State of Israel.
4. Acknowledge the pre-constitutional claims of the tribe of Manasseh as articulated in biblical texts and the Toleration Act.
5. Ensure that policies satisfy the religious needs for the restoration of the land known as the USA to the dual governance of Israel and the United States of Manasseh.
6. Recognize the constitutional violations stemming from the inception of the United States regarding religious freedom and cultural identity.
7. Grant injunctive relief to prevent the continuation of policies that violate the rights of the Plaintiff and similarly situated individuals, including:

- ○ a. An order mandating the allocation of funds from taxes of U.S. citizens and Israeli citizens to support the establishment and maintenance of a temple dedicated to Jesus Christ.
- ○ b. An order requiring the Defendant to engage in a dialogue with representatives of the House of Judah and the tribe of Manasseh to facilitate mutual understanding and respect among the three major monotheistic religions.
- ○ c. An order to establish a new governmental structure that includes a Spiritual Leader above the executive branch, consisting of one former president from Israel, one former president from the United States of Manasseh, and a designated Spiritual Leader to promote interfaith cooperation.

8. Award Plaintiff damages as deemed appropriate by the Court.
9. Grant any further relief that the Court deems just and equitable.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**Dated:** [Date]

**Respectfully submitted,**

[Your Signature]
 Mark Coburn
 [Your Title/Organization, if applicable]
 [Your Contact Information]

Comparing land torts to constitutional rights, particularly the freedom of religion, involves understanding how property disputes can intersect with religious freedoms. Here's an overview:

## Land Torts

1. **Trespass**: Unauthorized entry on land can disrupt a property owner's rights. If a religious organization is denied access to property for worship, this could lead to a claim of trespass.

2. **Nuisance**: If government actions create disturbances that interfere with a religious group's ability to use their property (e.g., noise from nearby developments), this could be considered a nuisance.

3. **Adverse Possession**: A religious group may lose property rights if others occupy it continuously and openly without permission, potentially impacting their place of worship.

## Constitutional Rights: Freedom of Religion

1. **Religious Land Use and Institutionalized Persons Act (RLUIPA)**: This federal law protects religious organizations from land use laws that impose a substantial burden on their religious exercise.

2. **Free Exercise Clause**: This clause of the First Amendment protects individuals' rights to practice their religion without government interference. If a government action results in a land dispute that hinders a religious group's practices, it could be challenged under this clause.

## Intersection of Land Torts and Religious Freedom

- **Disputes**: When a government entity causes land disputes that affect a religious organization, it can lead to potential violations of the Free Exercise Clause if the disputes hinder worship or religious practices.

- **Legal Remedies**: Religious organizations may pursue tort claims against the government for trespass or nuisance while also arguing that their constitutional rights are being violated.

The topic you're addressing involves complex historical, religious, and legal narratives regarding Israel, the biblical claims to the land, British colonialism, and the implications of the U.S. Civil War. Here's a comprehensive summary of the key elements involved in this discussion:

## Biblical Claims and Historical Context

1. **Biblical Right to the Land**:

   - The land of Israel, including the regions historically associated with the tribes of Manasseh and Ephraim, is considered by many Jews to be divinely promised in the Hebrew Bible. This claim is foundational to Jewish identity and religious practice.

2. **Historical Claims**:

   - Throughout history, various empires and groups have controlled the land, including the Romans, Byzantines, Ottomans, and British. The modern State of Israel was officially established in 1948, following the end of British Mandate over Palestine.

## British Colonialism and the Mandate

3. **British Mandate**:

   - After World War I, the League of Nations granted Britain the mandate over Palestine, which included conflicting promises to both Jewish and Arab populations. The Balfour Declaration of 1917 expressed support for a Jewish homeland but did not result in clear legal ownership.

4. **Sealing of Claims**:

   - The British Mandate ended in 1948, leading to the establishment of Israel. The subsequent conflict, including the Arab-Israeli War, further complicated the sovereignty issues surrounding the land.

## U.S. Civil War and Its Implications

5. **U.S. Civil War**:

   - The U.S. Civil War (1861-1865) primarily revolved around the issues of slavery and states' rights, not directly related to the land claims in Israel. However, some narratives suggest that the resolution of these conflicts allowed for a stronger U.S. foreign policy that could support the establishment of a Jewish state.

6. **Religious Justifications**:

- o   Many supporters of Israel cite biblical texts as justification for Jewish sovereignty in the land, arguing that historical and religious ties grant legitimacy to modern claims.

## First Amendment Considerations

7. **First Amendment Issues**:

    - o   The First Amendment of the U.S. Constitution prohibits the establishment of religion, which raises questions about the extent to which religious claims can influence political stances on land ownership and sovereignty. Critics argue that using biblical claims as a basis for modern political rights can conflict with the secular principles enshrined in the Constitution.

8. **Rights and Sovereignty**:

    - o   The assertion that rights were "stolen" by British colonialism relates to broader themes of imperialism and self-determination. Debates continue about the rightful ownership of land and the implications of historical injustices.

## Conclusion

The narrative surrounding Israel's claim to the land is deeply intertwined with historical events, religious beliefs, and modern political developments. The historical complexities of British colonialism, the impact of the U.S. Civil War, and the implications of the First Amendment contribute to ongoing discussions about sovereignty, rights, and religious influence in politics. These issues remain contentious and continue to shape geopolitical dynamics in the region and beyond.

1. **The Birthrights of Manasseh**:

   - The tribe of Manasseh, one of the Lost Ten Tribes of Israel, carries significant historical and spiritual heritage. The rights associated with this lineage are deeply embedded in biblical promises and identity.
   - These birthrights, including claims to land and religious identity, are integral to the spiritual and cultural fabric of the descendants of Manasseh.

2. **Governmental Responsibility**:

   - The First Amendment ensures that the government cannot infringe upon these birthrights, as it mandates the protection of individual freedoms, particularly in matters of faith and identity.
   - Any actions by the government that undermine the rights of individuals claiming descent from the tribe of Manasseh would constitute a violation of constitutional protections and the birthright established by divine promise.

3. **Legal and Moral Implications**:

   - The recognition of these birthrights is not only a legal obligation under the First Amendment but also a moral imperative to honor the historical and spiritual connections of the House of Israel.
   - The government's role was not merely to create a new nation but to recognize and facilitate the return of the land to Israel in accordance with these birthrights. The establishment of the United States should not come at the expense of the historical and spiritual claims of the Jewish people to their ancestral lands.
   - By failing to uphold these commitments, the government risks undermining the very foundations of justice and equity that it was established to promote.

## Conclusion

In conclusion, I urge you to recognize that the government has a solemn duty to uphold the birthrights of the House of Israel, particularly those of the tribe of Manasseh. The First Amendment and the Establishment Clause provide a robust framework that prevents infringement on these rights, ensuring that all individuals can freely express their religious and cultural identities.

Sincerely,
[Your Name]
[Your Title/Organization, if applicable]

Mark W. Coburn
U.S. citizen
Mark W. Cohn
4/25/25