Reunification of Manasseh and Judah: Reconciliation and Restoration
Plaintiff further asserts that the restoration of identity as biblical Manasseh carries profound significance not only for the claimant community but also for the fulfillment of scriptural prophecy regarding the unity and wholeness of the House of Israel.

1. Biblical Foundation for Reunification
Scripture prophesies the eventual reconciliation and reunification of the divided tribes of Israel. In Ezekiel 37:15–22, the prophet describes the symbolic joining of the "stick of Judah" and the "stick of Joseph (Ephraim and all his companions)," declaring that they shall become "one nation in the land." Manasseh, as a son of Joseph, is thus destined to be joined with Judah (the Jewish people) in a restored and unified nation.

2. The Exodus as a Paradigm of Reconciliation
The Exodus narrative is not only a story of deliverance from bondage but also a foundational account of covenant, identity, and the journey toward national unity. The reconciliation of Manasseh and Judah echoes the Exodus theme of liberation, restoration, and the formation of a people bound by shared faith and purpose.

3. Contemporary Legal and Spiritual Relevance
This prophetic vision supports the claim that the descendants of Manasseh (interpreted here as the United States or related communities) are called to seek reconciliation and partnership with Judah (the Jewish people/State of Israel), working toward the healing of historical divisions and the fulfillment of a shared destiny. This principle undergirds the legal and spiritual basis for:

Mutual recognition and cooperation between communities claiming descent from the tribes of Israel,

Restoration of rights and land in accordance with both biblical mandate and modern law,

The right to self-governance and religious freedom as an expression of covenantal identity.

4. Remedy and Prayer for Relief
Plaintiff respectfully requests that the Court recognize the significance of this reconciliation in the context of both law and faith, affirming the right of the people of Manasseh to join with Judah as "one nation," and supporting measures that foster unity, restoration, and the peaceful exercise of ancestral rights.

This section ties claims to the biblical vision of unity and reconciliation, providing both a spiritual and legal rationale for the restoration and recognition you seek.

Restoration of Identity and Assertion of Authority as the Lost Ten Tribes

Plaintiff further asserts that the restoration of identity as descendants of the Lost Ten Tribes of Israel is both a spiritual and legal reclamation, entitling claimants to the recognition and exercise of inherent rights and authorities.

## 1. Historical and Spiritual Foundation

The concept of the Lost Ten Tribes—descendants of the northern Kingdom of Israel exiled in antiquity—has persisted through centuries as a matter of faith, tradition, and scholarly inquiry. Many communities, including those identifying as Manasseh, Ephraim, and related lineages, maintain a continuous consciousness of this heritage, which informs their communal practices, governance, and relationship to the land.

## 2. Legal Precedent for Restoration and Recognition

U.S. law and international norms recognize the right of indigenous and displaced peoples to reclaim their identity and assert rights previously denied or unrecognized.

The United Nations Declaration on the Rights of Indigenous Peoples (UNDRIP) affirms the right to self-identification, self-governance, and the reclamation of traditional lands and practices.

Domestically, courts have acknowledged that cultural and spiritual continuity—even after centuries of displacement or assimilation—supports the restoration of legal status and related rights (see Montoya v. United States, 180 U.S. 261 (1901), recognizing tribal status based on shared descent, culture, and governance).

## 3. Authority to Reclaim and Govern

The act of reclaiming identity as the Lost Ten Tribes is not merely symbolic; it is an assertion of the right to:

Organize and govern according to ancestral laws and customs,

Reclaim and steward traditional lands,

Exercise religious and communal rights protected under federal statutes such as the American Indian Religious Freedom Act and RLUIPA,

Participate in dual governance structures alongside federal and state authorities, consistent with the principles established for federally recognized tribes.

4. Remedy Sought

Plaintiff respectfully requests that the Court recognize the restoration of identity as descendants of the Lost Ten Tribes and affirm the corresponding rights to self-governance, religious freedom, and land stewardship. Such recognition is critical to remedying historical dispossession and ensuring compliance with both domestic and international legal standards.

This section grounds your claim for restoration and authority in both legal precedent and the broader context of indigenous rights, supporting your request for recognition and relief.

 ReplyForward